1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| CREDIT AMERICA CORPORATION, a California corporation, | Case No.: SACV 07-00978 JVS (ANx) |
| Plaintiff, | [REMOVED FROM ORANGE COUNTY SUPERIOR COURT CASE NO. 07CC07978] |
| vs. | **JUDGMENT ON STIPULATION FOR SETTLEMENT** |
| WESTCASTLE PARTNERS, LP, a Delaware limited partnership; WESTCASTLE CAPITAL MANAGEMENT, LLC, a Texas limited liability company; WESTCASTLE ADVISORS, LLC, a Delaware limited liability company; TIMOTHY D. COX, an individual; GREGORY L. VINT, an individual; and DOES 1 through 250, inclusive, | JUDGE JAMES V. SELNA<br>Courtroom: 10C<br><br>Date: September 29, 2008<br>Time: 1:30 p.m.<br>Courtroom: 10C |
| Defendants. | |
| WESTCASTLE PARTNERS, LP, a Delaware limited partnership; WESTCASTLE CAPITAL MANAGEMENT, LLC, a Texas limited liability company; WESTCASTLE ADVISORS, LLC, a Delaware limited liability company, | |
| Counterclaimants, | |
| vs. | |
| CREDIT AMERICA CORPORATION, a | |

| | |
|---|---|
| 1 | California corporation; HENRY MAURISS, )<br>an individual; and ROES 1-20, inclusive, ) |
| 2 | ) |
| 3 | Counterdefendants. )<br>_____ ) |

The Motion of Plaintiff, CREDIT AMERICA CORPORATION, to Enforce Stipulation for Settlement and Entry of Judgment having been granted by this Court on September 29, 2008,

IT IS HEREBY ORDERED and ADJUDGED that Judgment is hereby entered in favor of Credit America Corporation and against Defendants, TIMOTHY D. COX, WESTCASTLE PARTNERS, LP, WESTCASTLE CAPITAL MANAGEMENT, LLC, and WESTCASTLE ADVISORS, LLC, and each of them, jointly and severally in the sum of $250,000.00, plus costs of $_____ (to be claimed on a Bill of Costs), and reasonable attorneys' fees of $_____ (to be determined on motion pursuant to Local Rule 7-3, et seq.).

Dated:  October 03, 2008           _____
                                                    JAMES V. SELNA
                                                    UNITED STATES DISTRICT JUDGE

JUDGMENT ON STIPULATION FOR SETTLEMENT

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Sarah Borghese, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 5000 Birch Street, Suite 420, Newport Beach, California 92660.

On October 1, 2008, I served the within document described as **JUDGMENT ON STIPULATION FOR SETTLEMENT** on all interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED LIST**

__X__ (BY U.S. MAIL) I caused such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Newport Beach, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid, at Newport Beach, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__X__ (BY FACSIMILE TRANSMISSION) I caused the above document to be served via facsimile transmission by service to each party at their facsimile telephone number listed on the attached service list.

____ (BY EXPRESS SERVICE CARRIER) At Newport Beach, California, I caused such envelope(s) to be served by a method of delivery providing for overnight delivery by depositing such envelope in a box or other facility maintained by FedEx with delivery fees paid or provided for.

____ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand to counsel for the interested parties at the address listed on the attached service list.

I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made. Executed on October 1, 2008, at Newport Beach, California.

_____
Sarah Borghese

## SERVICE LIST

| | |
|---|---|
| James H. Baumgartner, Jr.<br>BAUMGARTNER, BILLINGS<br>& BLOOM<br>14901 Quorum Dr., Suite 740 LB 156<br>Dallas, Texas 75254-7524<br>Fax: (972) 387-0096 | Attorney for Defendants/Counterclaimants,<br>WESTCASTLE PARTNERS, LP;<br>WESTCASTLE CAPITAL<br>MANAGEMENT, LLC; WESTCASTLE<br>ADVISORS, LLC; TIMOTHY D. COX;<br>and GREGORY L. VINT |
| Eric N. Kibel<br>LANAK & HANNA<br>400 N. Tustin Avenue, Suite 120<br>Santa Ana, California 92705-3815<br>Fax: (714) 550-7603 | Attorney for Defendants/Counterclaimants,<br>WESTCASTLE PARTNERS, LP;<br>WESTCASTLE CAPITAL<br>MANAGEMENT, LLC; WESTCASTLE<br>ADVISORS, LLC; TIMOTHY D. COX;<br>and GREGORY L. VINT |